UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAO QI,<br><br>        Plaintiff,<br><br>  -against-<br><br>UNITED STATES CITIZENSHIP &<br>IMMIGRATION SERVICES et al.,<br><br>        Defendants. | Case No. 1:23-cv-08843 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Defendants filed a motion to dismiss the complaint on November 7, 2023. ECF No. 15. Plaintiff did not file any opposition to Defendants' motion. On November 28, 2023, the Court ordered Plaintiff to file an opposition to the motion to dismiss by December 22, 2023, or otherwise show cause why Defendants' motion to dismiss should not be treated as unopposed. Plaintiff did not do so. As a final courtesy, the Court will permit Plaintiff to file a response to Defendants' motion to dismiss by **April 10, 2024**. If Plaintiff fails to do so, the Court will likely dismiss Plaintiff's action without prejudice for failure to prosecute. The Clerk of Court is directed to promptly mail a copy of this Order to Plaintiff, and Defendants are directed to promptly email and mail this Order to Plaintiff. *See* ECF No. 1 at 2 (listing street address and email address). Defendants shall file proof of service of this Order.

Dated: March 25, 2024
     New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge