**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
GAO QI,

                        Plaintiff,

      -against-                                            23 **CIVIL** 8843 (JLR)

                                                            **JUDGMENT**

UNITED STATES CITIZENSHIP & IMMIGRATION
SERVICES et al.,

                        Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 17, 2024, the Government's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       May 17, 2024

                                                                   **RUBY J. KRAJICK**
                                                                      Clerk of Court

                                **BY:**

                                                                      **Deputy Clerk**